UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| FRANK J. CAPORUSSO, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 115(a)(1)(B) |
| Defendant. | : | (Influencing, Impeding, or Retaliating |
| | : | Against a Federal Official by Threat) |
| | : | 18 U.S.C. § 875(c) |
| | : | (Interstate Communications) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 14, 2020, within the District of Columbia, the defendant, **FRANK J. CAPORUSSO**, knowingly threatened to assault and murder a United States official, namely, Victim One, District Judge for the United States District Court for the District of Columbia, with intent to impede, intimidate, or interfere with Victim One in the performance of Victim One's official duties.

(**Influencing, Impeding, or Retaliating Against a Federal Official by Threat**, in violation of Title 18, United States Code, Section 115(a)(1)(B))

### COUNT TWO

On or about May 14, 2020, within the District of Columbia, the defendant, **FRANK J. CAPORUSSO**, willfully and knowingly did transmit in interstate commerce a communication,

and the communication contained a threat to injure the person of another, to wit, the defendant threatened to assault and kill Victim One, District Judge for the United States District Court for the District of Columbia, with the knowledge that the communication would be viewed as a threat.

(**Interstate Communications**, in violation Title 18, United States Code, Section 875(c))

A TRUE BILL:

FOREPERSON.

*Michael R. Sherwin* /s/

Attorney of the United States in
and for the District of Columbia.