## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **FRANK J. CAPORUSSO,** | : | <u>**UNDER SEAL**</u> |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND RELATED MATTERS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and his assistant, Rachel A. Fletcher, respectfully move this Court to place under seal the Indictment, this Motion to Seal, and the attached Order granting the motion to seal, and to delay entry on the public docket of the filing of this Motion to Seal and Order of the Court. In support of this motion, the government submits as follows:

(1) On August 26, 2020, a grand jury for the District of Columbia returned an indictment, charging Defendant **Frank J. Caporusso**, with one count each of Influencing, Impeding, or Retaliating Against a Federal Official by Threat in violation of Title 18, United States Code, Section 115 (a)(1)(B); and Threats (Interstate Commerce) in violation of Title 18, United States Code, Section 875 (c).

(2) This Indictment is part of an investigation into threats against a federal Judge, the nature of which has not been made public.

(3) Public disclosure of the existence of the District Court Indictment at this time might alert the Defendant that they are under investigation. Placing the Defendant's Indictment on the public docket at this time could cause the Defendant to destroy or conceal incriminating evidence.

It may also cause the Defendant to arm themselves to evade arrest, which presents a danger to law enforcement and nearby civilians. These are compelling reasons for the sealing of these documents.[1] Accordingly, the United States requests that this Court grant the accompanying proposed order, which is attached.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the Government respectfully requests that the Court grant this motion and enter the attached proposed order.

>Respectfully submitted,
>
>MICHAEL R. SHERWIN
>Acting United States Attorney
>N.Y. Bar No. 4444188
>
>By:      /s/      RAF
>RACHEL A. FLETCHER
>Assistant United States Attorney
>TX Bar No. 24078505
>Violent Crime and Narcotics Trafficking Section
>555 4th Street, N.W., Room 4840
>Washington, D.C. 20530
>Office: (202) 252-7093
>Rachel.Fletcher@usdoj.gov

---

[1] See, e.g., Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. 1991) (noting situations when compelling reasons exist for sealing documents filed with the Court and postponing entry of filings on public docket).