# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 20-CR-171 (TNM) |
| : | |
| **FRANK CAPORUSSO** : | |

### UNOPPOSED MOTION FOR AN ORDER AUTHORIZING DISCLOSURE OF INFORMATION PROTECTED BY RULE 6(E) AND FOR A GRAND JURY/*JENCKS* PROTECTIVE ORDER

The government respectfully requests that the Court enter the attached order authorizing the disclosure of certain information and governing the protection of materials provided in discovery. The parties and conferred, and the defense does not oppose entry of the order.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 4444188

By:  /s/ RAF
Rachel A. Fletcher
Assistant United States Attorney
555 4th Street, N.W., 4840
Washington, D.C. 20530
202-252-7093
rachel.fletcher@usdoj.gov

### CERTIFICATE OF SERVICE

On November 18, 2020, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System.

/s/ RAF
Rachel A. Fletcher
Assistant United States Attorney