## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 1:20-cr-171-TNM-1 |
| | : | |
| **FRANK CAPORUSSO** | : | |
| Defendant. | : | |

## JOINT MOTION TO CONVERT
## CHANGE OF PLEA HEARING TO STATUS HEARING

Frank Caporusso, by and through counsel, and the United States, through the United States Attorney's Office for the District of Columbia, respectfully move this Court to convert the change of plea hearing in this matter, currently scheduled for January 19, 2021 at 3:00 p.m., to a status hearing. The parties also ask that a pre-plea guideline calculation be conducted by the U.S. Probation Office to further assist the parties.

1. Mr. Caporusso is before this Court charged by indictment with two counts: 1) Influencing, Impeding, or Retaliating Against a Federal Official by Threat in violation of 18 U.S.C. § 115(a)(1)(B) and 2) Interstate Communications in violation of 18 U.S.C. § 875(c).

2. The government has provided defense counsel with a large amount of electronic discovery in this matter.

3. Counsel has had extreme difficulty in attempting to coordinate the review of the discovery with Mr. Caporusso due to the COVID-19 pandemic and restrictions at the Central Virginia Regional Jail.

4. The government has extended a plea offer and counsel cannot properly advise Mr. Caporusso without reviewing discovery with him completely.

5.      Further, the parties are in continuing discussions regarding potential guideline calculations, and jointly request that a pre-plea calculation be conducted by the U.S. Probation Office.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court convert the change of plea hearing in this matter, currently scheduled for January 19, 2021 at 3:00 p.m., to a status hearing.

Respectfully submitted,

____/s/_____
David Benowitz
D.C. Bar No. 451557
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
david@pricebenowitz.com
*Counsel for Frank Caporusso*

____/s/_____
Rachel Fletcher
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
Rachel.fletcher@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2021, I caused a true and correct copy of the foregoing Joint Motion to be delivered via CM/ECF to Assistant United States Attorney Rachel Fletcher, United States Attorney's Office, 555 4th Street, NW, Washington, D.C. 20530.

____/s/_____
David Benowitz