# EXHIBIT A

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor,

I am writing in the hopes that by sharing my background, I could be seen in more of a totality rather than the incident for which I'm before the Court. I do not want to diminish the seriousness of the charges in anyway, however, they do not reflect the person that I am.

My grandparents from both sides are proud Italian American immigrant where in Ellis Island, NY, a plaque bears the family name. I was raised in the Catholic faith where the values of hard work and kindness were taught. I grew up in a special home as my youngest sibling has developmental disabilities. I grew up knowing what it means to care for someone who did not act like everyone else. Throughout my life, I would guide and protect him, ultimately becoming his legal guardian and primary caregiver. My faith has provided me the strength and guidance to support him as well as many other challenges in my life.

I met my wife in Chemistry class in high school. We have been together ever since – and just marked thirty years this August. We have raised two (2) children that we are currently struggling to put through college. My oldest son is 22 and works as an EMT while studying emergency medicine and volunteers with our community ambulance corps. My daughter spent her entire life studying music, vocals, and her passion has been theatre and performance. She is now twenty (20) and studying theater education at SUNY Purchase.

My wife and I graduated from the same high school and I ended up transferring to her college to be near her. We subsequently both graduated Dowling college together. I hold a BA in psychology and was a year away from an MA in psychology. I worked in group homes, as well as Pilgrim Psych Center on Long Island as I enjoyed caring for others.

After my mother passed in 1998, I helped my father with my brother's social security medical benefits, helped obtain jobs in the community, and moved him to a community residence that is closer to my wife and I so he could have easier access to us. Upon my father's passing in 2010, I became my brother's legal guardian and primary caregiver. My wife and I Maintained his social security benefits, medical appointments, social work, psychological treatment, as well as mentored and helped him obtain jobs in the community. With faith and as much patience as possible, I know I have done right by him.

I began my career in the electronics field twenty-six (26) years ago working at a local military manufacturer and have spent the past twenty-three (23) years in distribution of electronic components used in manufacturing. I am the primary breadwinner in our home, carrying the bulk of the financial responsibility. I have worked with my current employer Arcadia Components in Salt Lake City, UT, for almost 11 years. My efforts have earned the company top sales having provided over 60% of the

company's total revenue.  If I were not there, my wife would be unable to carry those expenses on her own.

We have worked hard to provide a loving home over the past twenty-three (23) years as parents. My wife and I come from similar family backgrounds with similar values. Our home is a stable and our doors are always open to neighbors and friends. My wife has been my strength in our home and life together – she is the glue that bonds us together. My wife has been our rock all throughout these unfortunate circumstances. She has risen to every challenge in her support for me and my children.

Being in the current situation, I am wrought not being able to serve and support my family. Not being able to be who I was is extremely painful. My faith has been my strength during this time, and I am understanding that all happens for a reason.

[redacted]

COVID-19 and the global pandemic had severe impacts on my business. I had no back up at work and had to work through recovering and healing. All the while, business exploded in the Asian markets and it kept me working over 16 hours a day. I also had customers who were contracted by the government tasked to build respirators and medical equipment to fight the pandemic. While these increases in business are welcome and some may call "high class" problems, there were inordinate amounts of work with increased pressure and stress.

[redacted] NY was under a shut down due to the pandemic. [redacted] more than normal during this time. I believe the state of global affairs with riots destroying businesses in NYC, along with seeing friends and family being put out of work, along with the pandemic, had impacts on me at this time.

I have spent the past eleven (11) months in jail and have asked myself what I believe to be a central question – how can I express to a judge, a person who has the power to decide not only my fate, but what happens to my family, that I am in no way a danger to anyone? I can only fall back on my history in life in never having these problems before. I have never used violence toward anyone in any way that intentionally caused harm. I can humbly say I would never intentionally cause anyone any harm.

These circumstances have caused great regret and remorse in that all I have struggled for can be taken from me as well as my family – a family who in no way deserves this or caused it. I wholly feel devastated by all this and having been taken away from my loved ones for so long has been excruciatingly painful.

I wish there was something more other than just an apology I could offer Judge Sullivan. I am completely sorry for what happened. I would un-do anything if it were at all possible. If I had the chance to speak to the judge, I would apologize as humbly as possible. The only thing I have lived for that meant anything to me has been removed from me. I cannot say enough that I am not a person who would harm anyone.

It is not who I am. I know during this time this happened, I was not myself and under impacts that affected my thinking, causing me to be irrational.

I ask for this court's mercy and consideration with the outcome of my case not only for myself but for all whose depend on me.

**Apology to Judge Sullivan**

I have always felt that an apology isn't genuine without thoughtful consideration giving it meaning. I cannot express enough how completely sorry I am for the incident that happened in May, 2020. Deep remorse and regret of the kind I have never felt have consumed me. I cannot express enough that I am in no way a person who would intentionally cause harm to anyone.

I am a husband to my wife of thirty years and a father to our children for over twenty years. I am legal guardian to my younger brother who is developmentally disabled. These people I love did not deserve to be placed in this situation. My actions caused everything my wife and I worked hard for in our lifetime to be placed in jeopardy.

I have been incarcerated since August 31, 2020, six days after my wife and I celebrated our thirty-year anniversary. Like many people around the world, 2020 brought with it extreme challenges. Mine began ███████████████████████████████████████████████████████████████████████████

I work from home for a small company where back up for longer than one week was stressful. I am in sales and COVID brought on an onslaught of business that led to me working 16-hour days, all thru the injuries. I was supporting government contracts that involved building respirators fighting the pandemic. My life snapshot from January to May, 2020 was overload and recovery. As I began to feel better and ███████████████ I began to resume moving normal activities – ███████████████ had never considered ███████████████

I believe being locked down, combined with terrible current events on TV, media, social media, riots in NYC, grim death and infection numbers, and horrible news in general played an impact on my mental state. I may have in fact been suffering from psychological distress, replacing pain medications with alcohol, causing an impact on my reasoning in an irrational manner.

I had no business or interest in injecting myself into the case you were presiding over. I have nothing to gain and my entire life to lose with devastating impact on my family. My family had nothing to do with my mistake, yet they stand to suffer in putting their lives on hold in terms of my children's education, and possibly losing our family home. All of this weighs heavily on my shoulders and I accept full responsibility. The sorrow and regret resulting from my impact to my family is impossible to bear.

I want to humbly apologize to you, your staff, as well as your families. I need you to know that I am not a man who would intentionally harm anyone. I come from a family where faith, hard work, and family are the most important gifts in life. My punishment in its worst form has been my inability to serve and support my family. I have never in my life spent any time incarcerated. I have never spent so much time away from my family. I have respect for law enforcement and the law, and have always believed our legal system stands between order and chaos.

My understanding of your case was limited to opinions projected via the media, combined with an irrational understanding and impacted by my irrational thinking at the time. I had no business in doing what I had done and I am completely remorseful and sorry for my actions. I am sorry for any impacts it caused to you, your staff, and your families.

It is my hope that my case can be resolved in the best interests of everyone with the least impact on my family. This experience is something I will not forget and I am not the same person today that I was in May, 2020.

Sincerely,

Frank Caporusso