# EXHIBIT B

June 15, 2021

The Honorable Trevor N. McFadden

United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue, NW

Washington D.C. 200012

Your Honor,

My name is Patricia Caporusso, and I am Frank Caporusso's wife. We have been together for 36 years and married for almost 31 years. We met in 1985 when we were both attending Smithtown High School West in Smithtown, New York. We were both in the same chemistry class. I remember that I could not light the Bunsen burner. The gas was turned on and I kept trying to make a spark with the striker to light it, but I was not having any luck. Frank noticed my predicament and came running over to help me. That is when we started our friendship. We started dating in our senior year. We were high school sweethearts and have been together ever since. We stayed together when Frank went off to Marist College in Poughkeepsie, NY and I attended Dowling College in Oakdale, NY. I graduated with a bachelor's degree in business administration. Frank transferred to Dowling after his first semester at Marist and graduated with a bachelor's degree in psychology. We were married in August of 1990 after we graduated from college. He started his master's degree at Hofstra University but stopped his studies after the first semester because he was dedicated to working hard to earn money so we could start saving for a house.

Your Honor, I know the seriousness of the charge against my husband, Influencing, Impeding, or Retaliating Against a Federal Official by Threat in violation of 18 U.S.C. § 115 (a)(1)(B). This is extremely out of character for Frank, and I know he is deeply sorry for what he has done and always expresses his sorrow and regret to me very time we speak on the phone.

Frank is very generous and giving to all his family and friends. We always host Christmas Eve at our home and my whole family gathers to celebrate. Frank always prepares more than enough food and always makes sure that everyone has enough to eat and drink. When my family leaves at the end of the night they always make comments about how Frank always throw the best parties. When his friends call and ask him for help, he always makes time to lend a hand. One time his friend Mike needed help installing a microwave oven. He called Frank at 10:30pm and Frank rushed over there to help at that time of night.

He is the legal guardian of his developmentally disabled younger brother John Caporusso. Frank has been helping take care of John all his life, even before his parents passed away. Since both of his parents worked, Frank would be the one to take care of John after school. John is extremely dependent on Frank. He and Frank would speak at least 3 to 4 times a day. John relies on Frank's help when it comes to his everyday life. Whether it is helping John make is medical appointments or interacting with

the social workers at the agency where he resides, Frank will drop everything to be there to help his brother. He was also a wonderful son, always willing to help his parents when they needed him. When they became sick with cancer, Frank would make sure he made time to stop by after work to check on them and help them whenever they needed it.

Frank is also a loving and caring father to our two children, Nicolas and Julianna. He has always played an active role in all their school functions, sports and any other activities they were involved in when they were younger. He coached our son's football teams and little league teams. He was always there to help my son and all the kids on the team. He taught them the game and encouraged them to do their best. He made sure he was at all our daughter's dance recitals and school plays. He is extremely proud of his children and the young adults they have become. Before our children were born, we both volunteered at our church and taught first grade religious instruction. He loved interacting with the children and teaching them about God, Jesus and the bible stories. It was a great experience, and we still reminisce about it to this day.

Frank is an extremely hard worker. He is continuously the top earning salesperson at his job. He spends time getting to know his customers and they know they can reach out to Frank any time and he will respond quickly to their requests. He has many overseas customers, and the time difference can make communication difficult. If he gets a text or call during the night from one of his overseas customers and they tell him it is urgent, he will go down to his office and make the time to help solve the problem. Frank gets many offers of employment from his suppliers because they all know that he is an excellent salesperson. I know that he will never have a problem finding a job at another company if anything were to happen with his current employer. He takes pride in working hard and doing a good job, going above and beyond for his customers.



that caused the lapse in judgement which led to the crime he committed. Frank would never harm anyone because that is not in his character. He is a kind, generous and loving person. I know that better than anyone.

Your Honor, Frank has never been arrested or had any trouble with the law. I hope you will take all of this into consideration when it is time for sentencing. Thank you for your time.

Sincerely,

*Patricia Caporusso*
Patricia Caporusso