# EXHIBIT C

*Vito Caporusso*



The Honorable Trevor N. MacFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Your Honor;

My name is Vito Caporusso.  Frank Caporusso is the son of my first cousin, John Caporusso.  I am 73 years old.  I am a teacher and Professor of Italian and French, now retired.

Frank Caporusso's grandmother is my mother's sister and his grandfather is my father's brother.  They have all passed away and for this reason and others, there is a special relationship and feeling between us.

I met Frank after my parents and I immigrated to the United States.  At three years old, he became the ring bearer at my brother's wedding.

I have a lot in common with Frank.  As a teacher of Italian, I enjoyed talking to him especially when he was learning Italian in school, as well as listening to dialect with our families.  When Frank got married to Patricia he learned to speak Spanish so he could have conversations with her family and also with me.

Frank has a sweet and loving character which was inherited partially from his beloved grandmother, who for over forty years, I considered my second mother.  Since his parents untimely passing, he has provided supervision, psychological and emotional care for his younger brother, John Jr.  John Jr's mind and behavior make him at times to behave erratically, therefore, it becomes necessary for Frank to continue to supervise his brother and intervene when something goes wrong.

Frank was brought up in a very positive family atmosphere.  He and his wife are raising two children.  He is respected at work and always provided for his family.

I was struck and deeply saddened when my cousin reached out to me from the correctional facility in Virginia.  He apprised me of his actions and subsequent charges.  I could not believe what happened to him.  I was more than surprised since I do not recognize him as an offender of a public figure.  It is my opinion that the incident is out of character for him; he would not harm anyone.  He has no record of any sort to my knowledge. ███████████████████████████████████████████████████████████
███████████████████████████████████ could have incited a negative behavior.  He could no longer work actively.  I believe that this might have led in part with his illegal action.  Moreover, the possible

influence of television and media at large, reporting often on political and social problems in this country, could have done the rest.

A few years ago, he came to pay a visit to my mother and to me. His son, a middle school student, was with him. The child's behavior was exceptional. He asked my mother about her coming to America, about the town in Italy from where our family came. He inquired also about her cooking she was famous for. Looking at and listening to him, I could not help perceiving what a lively and lovely child he was; how smart and well behaved he acted; a testimony of good upbringing by his father and mother.

My cousin has been writing to me during these months. He is terribly sorry for what he has done. Frank is looking forward to begin a new life. The closeness to God that he is experiencing through prayer and reading the Bible, inspires him to be a good example to others in the future. He seems to have found peace.

It is my understanding that his superior thinks very highly of him and he will provide help when he returns to work. This will help Frank and his family regain a stable financial platform. The return to family will not only help Frank, but put the family back to a natural state.

I appreciate you reading my letter and if you need copies of my cousin's letters to me, I will be happy to supply them to you.

May God bless you and inspire you to make a good decision on Frank's behalf.


Yours truly,

*Vito Caporusso*
Vito Caporusso