# EXHIBIT D

5/27/21

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge McFadden,

I am writing on behalf of Frank Caporusso and I am aware that he has been convicted of Influencing, Impeding, or Retaliating Against a Federal Official by Threat.

My name is Marie Caporusso and Frank is my first cousin. I have been a special education teacher for forty years and I have worked most of those years at a Special Act School District. I teach students with educational and emotional challenges. They have significant delays, primarily in academic and social/emotional learning, and require a highly intensive program that can provide twenty-four hour supervision in order to academically progress. Some of my students have also been in trouble with the law.

Up until the time Frank got married his family and mine only lives four houses apart and we saw each other's families on a regular basis and for holiday's. Frank and I shared many good times as well as difficult times together. I had the opportunity to work with Frank at a local store in the neighborhood. It was here I got to witness how easy going and welcoming he could be to customers and how he maintained his composure even when dealing with difficult customers. Frank's good-nature and excellent sense of humor could often bring a smile to my face as well as those around him.  In difficult times, especially when my mom passed away Frank was there for me with encouraging words and compassion. I always knew I could talk to him and that he would not be judgmental. I was also always impressed with the fact that out of all the grandchildren on our fathers' side was the one to take the time to learn Italian and speak it to my grandmother and other relatives from Italy which always made them at ease in social situations.

Growing up a lot of responsibility fell on Frank in regard to his younger brother who has many learning and emotional disabilities. Frank watched over his brother as his parents worked, he even went to the same day camp as his brother so he could keep an eye on him. Frank is an excellent brother and caretaker, showing love, kindness, as well as much needed patience. After Frank's parents passed away Frank remained the only sibling active on a daily basis in his brother's life. To this day his adult brother still requires a lot of his attention and his brother depends on him and misses him greatly.

Frank is also a hardworking man, often working long hours to provide for his wife Patti and their two children. Frank is an excellent father who has brought up two remarkable children. His children are a testament to how they were brought up with strong morals and values. Frank has developed an extremely strong bond with his children, and he continues to cultivate that relationship to this day. It is because of these strong bonds that Frank's wife and children are missing him terribly. This absence has also been a financial burden on his family.

I strongly believe that this experience has made Frank reflect on what he has done and how it has impacted his and his family emotionally and financially. It is my sincere hope that you will take my letter into consideration when sentencing Frank. Despite the fact that Frank has been found guilty of a violation of the law I believe him to be an honorable individual, a valuable member of my family and a good human being.

Sincerely,


Marie Caporusso