# EXHIBIT E

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor:

I am writing to vouch for the character of my brother, Frank Caporusso, who faces the criminal charge of Influencing, Impeding, or Retaliating Against a Federal Official by Threat in violation of 18 U.S.C. § 115(a)(1)(B).

My brother Frank is a devoted father, son, and brother, who has also played the role of my legal guardian for eleven years. Since my mother and father have passed, Frank has helped shape me into the hardworking man I am today. Frank has stepped up as my guardian to help assist me with my financials, relationships, bringing me to the doctors, work, and has even supported me to go back to school to get my Associates degree.

One particular time I would like to share with you today is when my brother Frank had gone out of his way when I was kidnapped. A few individuals had taken my car while I was still in it and kidnapped me. I called my brother Frank telling him that I was unsure of where I was. Frank notified the police and with the police's help, was able to locate me and keep me safe. Frank advocated for me when I was unable to comprehend the situation and was able to help me find justice for those trying to harm me.

I could continue with Frank's many good qualities- his work ethic, his devotion to family, and his selflessness. Instead, I would simply like to say how much I strongly believe in Frank's good moral character.

Sincerely,

*John Caporusso*
John Caporusso