# EXHIBIT F

*Philip Caporusso*



The Honorable Trevor N. MacFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Your Honor;

I am writing this letter as a character reference for my cousin, Frank Caporusso. His father, John Caporusso is my father's (Vito Caporusso) brother.

I am a Certified Public Accountant and began my career at the international accounting firm of Ernst & Young (formerly Ernst and Whinney in 1983. I have my bachelor's degree from Pace University. I also obtained a Master's degree in taxation from Long Island University (C.W. Post).

In 1990, I founded the accounting firm Ferrera, DeStefano & Caporusso, CPAs. I continue to be Managing Partner after 30 years.

I have known my cousin my entire life. At the age of 5 our family moved to Sherry Lane, Hauppauge, NY. My cousin Frank was never in trouble growing up as we were raised in strict Catholic families. We were taught to be respectful and honest. After Frank married, he had two children, Nicholas and Juliana. Frank is a very hard worker and rose to being top salesman in his Company. I am his CPA and Frank always filed and paid his taxes. I am aware his employer is holding his job open which supports the respect he has in the workplace and with his customers.

I am aware of the charges for which Frank has been convicted as they are available on the web and have been on the news. I am deeply disappointed and confused by what has occurred. I am disappointed because the behavior is unacceptable. I am confused because it is completely out of character for Frank Caporusso.
He has never acted like this or done anything violent.

I am very confident that this event is isolated and will never happen in the future.

After my Uncle John died approximately 10 years ago, he made my two cousins, Frank and Dr. Phil, the guardians of their disabled brother. My uncle asked me to be the Guardian of the property (John's trust). I work very closely with Frank and he is the brother closest to John. I have been working closely with Dr. Philip Caporusso in Frank's absence. Dr. Philip Caporusso and myself share the same name.

Both brothers love John but Dr, Phil resides in Connecticut.  I am attaching a memo I sent to Frank's attorney regarding John for you to review.

I am praying that we can get back home as soon as possible.

Very truly yours,

Philip Caporusso

(See attached memo)

May 19, 2021

<u>Memo to David Benowitz and Rammy Barberi</u>

<u>Regarding: John Caporusso (Frank Caporusso's brother).</u>

Approximately three weeks ago, one of John's counselors noticed John falling asleep while he was in counseling.

This became a "risk" to John's well-being and safety. If he falls asleep while driving, bad things could happen. John takes multiple medicines for his disability. The medications have to be carefully monitored or they could have negative effects.

The house John resides in is supervised weekly and is considered independent living. He was moved to a "Supervised living facility" where he could be closely monitored as his medicines were adjusted. John has three guardians; 1) Dr. Philip Caporusso and 2) Frank Caporusso, are guardians of the "Person".

My Uncle John Caporusso (my Dad's brother) wanted me to handle the finances due to my educational background.

It is important to understand the demographics:

- A) Dr. Phil lives in Milford, CT.
- B) Frank lives in Manorville, NY
- C) I live in East Setauket, NY
- D) John lives in Riverhead, NY

Although we all love John, demographics come into play in supervision. Only Frank Caporusso sees John on a regular weekly basis.

I usually see him monthly and Dr. Phil less.

If Frank were home, he would have noticed John's medications were off.

I pray that Frank gets home as soon as possible. He provides direct weekly oversight that Dr. Phil and myself cannot. Not because we do not want to, but demographics prevent us from seeing John weekly.

I personally am overwhelmed by the situation and doing the best I can, as is Dr. Phil.

As we approach sentencing, I hope the judge can see that the task at hand is impossible without Frank.

I realize Frank may have done something stupid. I know Frank all my life and I cannot recall Frank having any violent issues or behavior.

I am enclosing my notes from Tuesday meeting.

If you have any questions for me, both my office and cell numbers are in my email.


Very truly yours,

Philip Caporusso, CPA