# EXHIBIT G

The Honorable Trevor N. McFadden

United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue, NW

Washington D.C 20001

Your Honor:

I am writing to vouch for the character of my friend, Frank Caporusso, who faces the criminal charge of Influencing, Impeding, or Retaliating Against a Federal Official by Threat in violation of 18 U.S.C. § 115(a)(1)(B).

My name is Grace Tocci and I work as an Emergency Medical Technician in the state of NY and have earned my Associates in Arts from Suffolk County Community College. I am the girlfriend of Nicolas Caporusso, Frank Caporusso's son. I have known Frank Caporusso for two years, since I have started dating his son, Nicolas. I can confirm that Frank is a man of great integrity and is extremely dedicated to his family and work. This is not the man I know, and I'd like to give you a perspective that shows he is more than the sum of his actions.

Frank Caporusso has always been there for me, always willing to lend a hand whenever I need. About a year ago I was getting ready to leave for college in Upstate, NY to continue my education and when Frank found out, he helped purchase furniture for my room and gave me a place to stay in his home before my transition.

In addition to our friendship, I would like to add that Frank Caporusso is an amazing caregiver and role model to his developmentally disabled brother, John Caporusso. With the passing of both Frank's mother and father, John relies on Frank's love and guidance. With Frank's guardianship of John, I feel this has only helped Frank become a better person, allowing for Frank to be open to inclusiveness in our society. I am positive Frank has expressed deep sense of remorse in making such a serious mistake and I believe in his ability to guide and lead not only John, but our neighbors.

It is my sincere hope the Court takes this letter into consideration at the time of Frank's sentencing. Despite the current case, I still believe Frank to be an honest, honorable, and a loving human being.

Sincerely,

*Grace Tocci*

Grace Tocci