# EXHIBIT H

June 11, 2021

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor,

I am writing regarding the character of Fran Caporusso who faces criminal charges in your court.

I have been a close friend with Frank for practically my entire life. We initially met at summer camp when we were in elementary school and I consider him more of a family member than a friend. We grew up together, vacationed together with each other's families, I was a groomsman at his wedding and have had the honor of knowing his wife and watch his two beautiful children grow up and become young adults over the years. Although we grew up together, our schooling and jobs have separated us physically. However, I still and will always consider Frank one of my closest and best friends.

Words cannot express how shocked I was when I heard of the charges brought against Frank and his subsequent conviction. Knowing Frank for as long as I have and the good person that he is, I still to this day have a difficult time believing that he could have committed the act that brought him to your court. His actions do not even remotely represent the person that he is and in my mind indicate a onetime egregious mistake and lapse of judgement on his part and in no way represent who he truly is as a husband, father, brother, friend and member of society.

If someone asked me to describe Frank, I would tell them that he is a loving husband, a dedicated father to two terrific kids, a caring older brother who has taken upon himself to be a father figure and guardian to his brother John who requires extra care due his special needs, and an extremely hard worker who will do anything for his family and friends especially when in need. Even throughout this horrible experience Frank has continued to reach out to the owner of the company that he worked for knowing how essential his contributions are to their success to help provide whatever help he can to assure that his absence did not impact their ability to continue to operate thus protecting the jobs of his coworkers and the success of his former place of employment which is more important than ever during these uncertain times due to the pandemic.

Since his incarceration I have had the opportunity so communicate with Frank either by phone or mail. Knowing Frank for as long as I have, I truly feel that his lapse of judgement was just that, a lapse of judgement for which I am certain he whole heartedly regrets. With that said I am also certain that this experience when over will not only allow him to be an even more productive and better member of society but will assure that he will never make such an egregious mistake again.

It is my sincere hope that you and the court takes my letter into consideration regarding his case. Despite the charges brought against him, I still believe Frank to be an honorable individual and family man whose family and younger brother depend on and love and a is good human being.

Sincerely,

*[signature]*

Eric Kardovich DMD