# EXHIBIT I

*Vito Caporusso*



The Honorable Trevor N. MacFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Your Honor;

I am Frank Caposusso's Uncle. I am a retired Senior Vice President in Banking, the Father of seven children, 14 grandchildren and 4 great grandchildren. Also a veteran. I am a retired extraordinary minister and past President of St Patrick's School Board. My deceased wife was President of the Altar Society and sang in the choir.

I have known my nephew all his life and know him to be a devoted husband, father and the added responsibility as guardian of his younger brother John. Frank is a hard worker and successful in his line of work. He sells electronic components to some of the largest companies in the field of electronics.

To my knowledge, Frank has never been accused of committing a criminal act, or threatening anyone's life. What Frank has been convicted of is not characteristic of who he is. Bur God only knows that we are not perfect. I do not condone what Frank did, and thank God, no one was physically injured. I am convinced that Frank could not complete his actions.

Frank has been incarcerated for a considerable length of time. I hope and pray that he returns to his wife, children and his position as a productive member of society. I know Frank regrets what has transpired and the effect it has on his family. He will have to live with it for the rest of his life.

Thank you for your consideration.

Yours truly,

*Vito Caporusso*
Vito L. Caporusso