# EXHIBIT J

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001


Dear Judge McFadden,

My name is Lonny Clark and I have been a Senior Buyer for many years.  Frank Caporusso
was one of my suppliers, when I worked at Intel Corporation from 1999-2006.  He worked
extremely hard to become a trusted and premier supplier to my business unit, as well as other
business units within Intel.  Through the time we worked together, we also became good
friends.  I have also had the opportunity to visit him and family, in New York, on a few
occasions over all the years that I have known him.  I am also aware of the charges for which
Mr. Caporusso is been convicted of, which are Influencing, Impeding, or Retaliating Against a
Federal Official by Threat.

Your Honor, I understand that these are very serious charges that Mr. Caporusso is being
convicted of.  However Your Honor, in the length of time I have known Mr. Caporusso, they are
so outside of his character.  Sir, through the years of our friendship, Frank Caporusso has
demonstrated continually, that he is a dedicated husband and doting father, and his family is
his whole world.  Also over years that I have known Frank Caporusso, I have not only become
a close, trusted friend, but he also considers me part of his family.

Judge McFadden, Frank Caporusso has worked extremely hard to provide for his family.  He
took amazing care of his Father, when he was dying of cancer, and he also is the main
advocate for his learning disabled younger brother.  Mr. Caporusso has carried a great burden
for his family, with determination and fortitude that is unquestionable and long suffering.

Your Honor, I also know that Frank Caporusso had ██████████████████████████████
████████████████████████████That statement is by no means an excuse for what he
is being convicted of.  However, I strongly believe it was a contributing factor, in a cause and
effect of that situation.

In closing Your Honor, I have spoken to Frank on numerous occasions while he has been
incarcerated.  I know that Mr. Caporusso is extremely remorseful for the trouble he has
perpetrated.  Frank has taken full responsibility for the harm he has caused.  Frank has
indicated on several occasions, that he work extremely hard to make restitution for his actions.
Given my experience and friendship with Frank Caporusso, I have no doubt he will do just that.

Thank you very much for your time and consideration Your Honor.

Sincerely,

Lonny Clark