# EXHIBIT K

June 16th, 2021

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia 333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge McFadden,

My name is Jim Kotsailidis, a good friend and old neighbor of Mr. Frank Caporusso for over 15 years. I'm currently in the Pharmaceutical industry, and have been a successful and consistent performer for over 24 years with various roles including Sales Specialist, Key Account Manager, and Long-Term Care National Account Manager. Our industry is highly regulated by the government, a career which involves to adhering to all applicable laws, regulations, while preserving the highest standards within our roles. My successes have been built from strong ethical values, compliance, integrity, honor, and responsibility towards the healthcare industry. I have a a lovey wife for 24 years and 2 well rounded teenage children.

I am aware of Mr. Caporusso's charges which he's been convicted, the case for Influencing, Impeding, or Retaliating Against a Federal Official by Threat in violation of 18 U.S.C. § 115(a) (1)(B). Understanding a little of whom I am, I'm writing to you to provide my perspective of Mr. Frank Caporusso.

Having known Mr. Caporusso over the years from getting together for family dinners, holiday parties, and chatting on the phone multiple times per week, I wanted to provide you my insights to his character. Mr. Caporusso is a strong family man who has shown to be a great loving father to his two children, and his strong love and support to his wife. He is sensitive at heart, caring, and goes to the extent to give the greatest importance to his family to make them happy and safe. When we used to get together with many family and friends gathered for holiday parties, Frank has a wonderful spirit and brings out a positive energy two the gatherings, especially with a great sense of humor.

As much as this sounds going through life as happily ever after, Mr. Caporusso has been put through some family challenges over the years. As his wife Mrs. Patty Caporusso was faced with a life long medical condition, Mr. Caporusso has always been strong to be there with for her with encouragement and mental support. A lifelong journey for her has shown him to be considerate, respectful, sensitive, and supportive. Mr. Caporusso has also faced challenges with his daughter through her adolescent years, a major litmus test as a parent during these years. It became obvious when Mr. Caporusso had paid extra attention for the whole family to work together to overcome her challenges, where many fathers out there would be floundering. Mr. Caporusso has also been the caretaker to his brother with special needs and making sure he received the best possible care. Ask for me, when I was diagnosed with cancer in 2009, Mr. Caporusso was there

for me with love and support, a time where I needed a friend like him to make me laugh and keep my mind at ease. I enjoy being around him because he tends to be logical in a tough situation, humorous, and likes to joke around. Mr. Caporusso has exemplified the best qualities to his family and friends with a sense of empathy, kindness, reliability, and trust. I have a wonderful relationship with him and his family, which most typical relationships over time fade away. I personally like to be around positive and honest people in my life, people who could be themselves and have a simple good time, and I cherish those attributes with Mr. Caporusso. He's been a successful producer with the company he works for and a hard worker. His success has been from building trust and honesty with his customers, and they value his professionalism. His employer had always valued Mr. Caporusso and believe he would continue his successful career to continue the responsibility in supporting his family. He's a hard working family man with integrity, honesty, genuine, and a trustworthy gentleman.

I strongly believe Mr. Caporusso's offense is out of his character. Having known him for all these years and hearing the details of the situation was a great surprise to me. I've never heard him express any hateful words or the desire to hurt another human being. I've kept in touch with him and his family, he definitely feels remorse for his behavior and poor judgement in this situation. Having been prisoned and separated from his family along with his brother, Mr. Caporusso has been impacted by this situation and his family too. His family needs him home to continue his role as a true family man and a caregiver. He and his family truly miss each other, as well as myself.

Thank you for your consideration and hope to see him back home soon with his family.

Sincerely,

Jim Kotsailidis