# EXHIBIT L

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
<u>333 Constitution Avenue NW</u>
<u>Washington D.C. 20001</u>

June 17, 2021

Dear Judge McFadden,

My name is Andrea McNaught and I have been a registered dietitian for over 20 years. After completion of my degree, I furthered my education by obtaining my Masters in Education and presently work as a clinical dietitian at Stony Brook Medicine. I have been divorced for 4 years and have 2 teenagers.

I have known Frank Caporusso for 5 years. He has been a wonderful friend to me within this time frame. Frank is a very compassionate man. The first time I met him was at a New Years Eve party. I had been the only single woman there (newly separated) and he sat with me and let me vent my feels. He is a wonderful listener and gave wonderful advise on being able to stand on my two feet again after 20 years of marriage. He shared his experiences with his beautiful wife, Patty, who has become one of my very best friends. He encouraged me to build my own character as a woman and not allow anyone to bring me down again. (My ex was verbally abusive). Frank is genuinely a natural people person and a true friend.

My relationship has grown with Frank over the next 5 years and he has been a great role model on being a great parent. He has 2 amazing children who are just as loving as their dad. My daughter, who has Aspergers, ADHD, bipolar, and several other behavioral disorders, had a few years back

tried to commit suicide. Frank has not mentioned to me that he had dealt with this same issue with his daughter at the time, but was there every step of the way to support me. He called me; texted me and gave me the support I needed to help me, help my daughter. He is a family man and always puts family first. He dealt extremely well getting his daughter to safety and went to family therapy to bring them into the place they needed to be to remain a happy and healthy family. This was/is why I leaned on him when I needed a father's perspective. He is always so caring to family, friends and even people that are just acquaintances. He is a pleasure to be around; whether being at a production of his daughter's high school play, at a ball game, or at a backyard party.

I was shocked to hear of Frank being arrested for his inappropriate behavior. I have been around Frank on countless occasions where he was drinking and have never seen him act out with this type of conduct. It is not a trait that he upholds. He is very respectful of everyone always. He is more of the type to save someone from a battle, not start one. I am more than certain he would never do this again. I know that he has been extremely regretful in his actions and I know he has learned his lesson. He had never been away from his family for a long time before and the love you feel and hear when he speaks to his family on the phone shows his compassion for life. He is very anxious to get back into society and be a good mannered citizen again.

Thank you for letting me share my feelings,

*Andrea McNaught*
Andrea McNaught