# EXHIBIT M

The Honorable Trevor N McFadden
United Stated District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001
Your Honor,

My name is Christopher Mullinax, I am a supervisor of the MTA Bus Company in NYC and I am proud to offer my recommendation of Frank Caporusso to whom I have personally known for over 5 years as my friend. I understand that the charges of Influencing, Impeding or Retaliating Against a Federal Official by Threat against Mr. Caporusso is a very serious matter, I appreciate your valuable time in listening to what his friends think about him.

Frank has always been a true friend, whenever anyone ever needed anything, he has always been there helping. He has helped and been there for me more times than I could count. Weather it was working on my car, to moving my shed, to giving me advice, he is always someone I could count on. Frank is an upstanding member of society, Frank has been with his wife for over 30 years, always faithful and together. Frank is a great father who has been there for his kids with whatever emotional or educational situations that would arise. He has owned his own home and paid taxes for 18 years and has been at his current job for over 10 years. In fact, his job has stuck with him though his incarceration. That in my opinion tells you what kind of work ethic he has.

This is not like him to do the things he is accused of and I do believe that he would never hurt anyone. Frank is a caring man who everyone who meets him, loves him. He takes care of his disabled brother with whatever his brother needs and never once have I heard him complain. He is in fact happy to do anything for his brother because he knows that it will help his brother. When I do get the opportunity to speak with him, he understands and is very remorseful. I do believe that this experience has changed him and do not believe he would ever do anything like this.

When you render your decision, please take all his character letters into consideration. Thank you

Sincerely,

Christopher Mullinax

June 17, 2021