# EXHIBIT N

The Honorable Trevor N McFadden
United Stated District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor,

My name is Dawn Mullinax. I am a small business owner and have known Frank Caporusso for over 5 years now. Although I understand that he is being charged with Influencing, Impeding or Retaliating Against a Federal Official by Threat I'm writing you this letter so you can understand how important Frank Caporusso is to me. Frank is a loving husband to his wife Patty for over 30 years, He truly looks out and cares for her especially with her illness. He is a great father of two wonderful kids. He is always involved with their social and educational lives. Frank is always there for his best friend and brother John. Even though his brother John has special needs, that doesn't stop him from talking to him and seeing him every day. He always is there to help out his brother with whatever he may need no matter how busy or hectic his day would be.

Frank is a hard worker who has had a stable job for many years. Even while he is incarcerated, his work is still willing to keep his job ready for him when he is returned to his home. That in my opinion speaks very highly about the work ethic of Mr. Caporusso. He has paid his mortgage and taxes and has been an upstanding member of society for many years.

What I am trying to say is that in my opinion, Frank Caporusso is a loving, caring man who wouldn't hurt a fly. The type of man who is always there for people and the type of man who doesn't deserve to go to prison. He is an upstanding person who knows that the mistake he did was wrong, he feels very remorseful and if given the opportunity to show that, the court will not be disappointed.

Thank you for taking the time to read this letter and I hope it shows how much Frank means to his friends and family

Dawn Mullinax                                                    June 17, 2021