# EXHIBIT O

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge McFadden:

My name is Peter Thomas Nabel. I have a four-year degree from a NY state accredited college. I am an Information Systems Security Manager for a well-known, national defense company. I have been serving in the US military for over 20 years. I am a Signal Officer and currently hold the rank of Captain in the New York Army National Guard. My current assignment is as a Staff, Signal Officer with the 101st ESB out of Yonkers, NY. Prior to that, I served 4 years as the S6 for the 204th Engineer Battalion out of Binghamton, NY. I have a federal Secret Clearance that is current and in good standing.

My wife and I have been friends with Mr. Caporusso for over 6 years. He is a dear friend. A man I trust. Frank is a kind and gentle man. He is a true gentleman. One that loves his country. I have been to his home many times. My wife and I have gone to dinner with Frank and his wife Patty on numerous occasions. Each and every time Frank has consistently displayed class, dignity and kindness. He is a true gentleman that loves his family and his friends.

Frank is a productive member of society. He is a hard-working, father of two and a husband. Frank owns a wonderful home in Manorville, NY. This ordeal has been tough on the Caporusso family. But, through the strength of his family, they are holding together and supporting the man they call husband and father. That is the foundation that Frank built years ago when he started his family.

The offense Frank has been convicted of is completely out of his character. Knowing Frank's character, he is completely incapable of the actions he stated. It is inconceivable to even consider. When time served has been completed, I am absolutely certain that Frank would not violate the law again. This experience has been very tough lesson learned. Frank has been humbled by this experience. He does not want to put his wife and children through this again. They are his priority. That is what hurts him the most. He's not even thinking about himself while he's been incarcerated. Frank wants to get back to being a husband and a father. He wants to return to work. His boss is holding his job for him through all of this. That speaks directly to Frank's character. Many employers would turn their backs in the situation he is in.

Frank is a solid, stand-up guy that made a stupid mistake. He deserves the chance to right himself. I am completely confident that he will. If you could find it in your heart to provide leniency to this man, it would be well warranted.

Sincerely,

*[signature]*

Peter T. Nabel