# EXHIBIT P

The Honorable Trevor N. McFadden

United States District Judge

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington  D.C. 20001


Your Honor:

I am writing to you on behalf of Frank Caporusso, my name is David Shouler and I have known frank for almost 40 years since we met in 9th grade. I know Frank perhaps better than most because I also had the pleasure of teaching his children. Thus I spoke to Frank often.

Since I have known Frank he has always been a very hard worker and very productive. We both had jobs in 9th grade. Something that's all too rare these days. He hasn't stopped working since. Frank is a committed family man and husband. A good friend he has always been to me and his other friends. You can always call Frank or test him and he is there for you.

Frank in recent years has taken on too much. He has had much on his plate. In addition to taking care of his family he has always taken care of his brother who has some limitations mentally. This has just been left to Frank and it's a constant worry that does not go away.  Those responsibilities and some other life stress contributed to Frank having a hard time. The daily stresses and having teenagers also is not easy. Speaking to rank as often as anyone I felt like he never got to turn it off.

The thing that shocked me the most was that Frank has always been a kind soul. I can't imagine him committing the act he committed. When you step back and realize so many of the things that were going on in his life you realize it just built up and was totally out of character for Frank. I would always speak to Frank about enjoying the simple pleasures of life. I guess I should have done that even more.

I have spoken to Frank many times in recent months, he has brought faith more into his life more than in recent years. That's such a positive. As a catholic school man myself I really believe that it is such a positive thing for Frank.  He made a tremendous mistake and I know how he has spoken about that repeatedly.

I am really looking forward to the day when Frank can begin to do what he always has done, be a hard working family man who contributes to society. He has all the love and support around him. I can see Frank making amends for this by living his life to the fullest and moving forward.

This is a day I look forward to


Sincerely,


David Shouler