# EXHIBIT Q

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge McFadden,

My name is Michael DeRosa, and I am writing to you on behalf of Frank Caporusso. I have been a mathematics teacher for 20 years in a district on Long Island. Frank is a lifelong friend of mine. I have known Frank for 40 years, since we were in junior high school. I am aware that Frank has been convicted of the very serious charges against him.

I have the pleasure of saying that Frank is still one of my closest friends even after all of these years. I have always known Frank to be a man of integrity and kindness. He is a hard working family man. He is as devoted a father, husband, brother and friend as anyone that I have ever known. He has a great sense of humor. He always makes people laugh when he is around. He is not a violent or an angry person. This is why the news of his actions came as such a shock to me and those of us close to him. It is very uncharacteristic of the man that I know. I also know in my heart and in my gut that his threats were just that. He never would have followed through on those threats. It's just not in his nature.

Frank has a wonderful relationship with John, his developmentally disabled brother. Frank is truly his brother's keeper. Although John lives independently, he gets himself into situations that are the result of people using his disability to take advantage of him. Frank has had to intervene on John's behalf several times that I know of. Frank has told me that his brother is struggling since Frank has been in jail.

Frank works extremely hard to provide for his family. He has also done many improvements to his home and property to make life better and more comfortable for his family. He works from his home office in his basement as a sales representative for an electronic components supplier. He has told me many times how well he does and that he is one of the top salesmen with his company. I believe when Frank gets out, he will be able to return to his job, and hit the ground running to begin providing for his family again.

I know that Frank deeply regrets his actions. He has written me several letters and has called me at least once a week for most of the time he has been in jail. His letters and our conversations always include him expressing his remorse and his shame for what he has done and how it has affected his family and others close to him. I am sure he would express the same feelings of remorse and would sincerely apologize to the judge to whom his threats were directed, if given the chance. He prays daily that people close to him will accept him when he returns. All he wants is to put this behind him and get a chance to rebuild his life and repair any relationships that have been damaged by this.

Frank has also told me that he has had time to consider his relationship with alcohol and has vowed to me that he will do better. I am certain that Frank was not in a "normal" state of mind when he made those phone calls. He is much smarter and level-headed than to do something like that. My first thought when I learned of the charges against him, was "He must have been drinking," because there is no other logical explanation, knowing what I know about him. As his good friend, I will do all that I can to help him, including never pressuring or encouraging him to "just have one beer" with me.

I miss my friend. We have spent a lot of time over the years sitting in the backyard talking, playing cornhole, hanging out in our pools, and attending concerts together. I believe that of our group of friends from high school, I know the most about him because I am the closest to him both socially and in proximity.

I sincerely hope that you will consider everything that I have said about Frank, and what others say about him. I'm sure there will be many of the same themes. Kindness, humor, integrity, and most recently humility and remorse. I understand the seriousness of the crime that he has been convicted of. But I hope you will consider the time that he has served to have taught him a valuable lesson, and to be sufficient punishment, and will allow him to return home to his family and friends that love him.

Thank you so much for your consideration.

Respectfully yours,

*Michael DeRosa*

Michael DeRosa