# EXHIBIT R

6/15/2021

Your Honor,

My name is Alice Garguola. I am a dining room service manager for a lifetime care community center. Mr. Caporusso has been a friend of mine for about 5 years now. I believe that because of what I do working with the elderly and hiring the staff that will be in there home taking care of them that it shows the good judgement of people I have. When hiring I have to be able to see the good characteristics that support the values of truly being able to care for and come in to the residents home to give them the best care possible. Knowing Mr. Caporusso for as long as I have and seeing the type of man he is towards his family and loved ones it's hard to believe that this has happened.

Mr. Caporusso is a very loving and thoughtful guy. He takes care of his handicapped brother. He is always willing to open up his home to anyone in need and there with a helping hand. Mr. Caporusso is an amazing husband and father. Since I have met him he has always been a wonderful friend and always there whenever it was needed. I truly believe that after this whole experience he will be a better man and would never do something like this again. He has seen how his actions have effected and hurt his entire family and he would work hard to gain their respect back. This offense is very much out of his character and that given a second chance he wouldn't do anything like this. I know he has realized that he must think before he speaks and recognizes the severity of his words and the damage that has caused to his life because of it.

Thank you for taking the time to read my letter.

Sincerely