# EXHIBIT S



*Pappacoda*

June 13, 2021

The Honorable Trevor N. McFadden
United States District Court
United State District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge McFadden,

My name is Joanie Pappacoda, and I am a wife, mother and project accounting manager on Long Island, NY.

Along with my husband Salvatore, who is a private school director, we have known Frank Caporusso as a friend and neighbor for almost twenty years. We have shared many trips, gatherings, and milestones such as communions, confirmations and graduations. He and his wife Patty have raised wonderful children as we have been lucky to have witnessed, and the family as a whole have been there for us when needed, as we were for them.

Frank would never hesitate to help out with shoveling snow when my husband was away, or lending the occasional tool, or helping out with a car ride if someone was in a jam. He has always been a hard worker and has provided a lovely life for his family. Family always meant everything to Frank.

As we understand the seriousness of this matter, and are fully aware of the charge Frank has been found guilty of, the offense is certainly out of character for him, and we hope you will show some leniency.

Thank you for your consideration and time,

Respectfully,

Joanie Pappacoda