# EXHIBIT T

June 16, 2021

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge McFadden,

My name is Peter Greco and I have been a friend & neighbor of Frank Caporusso and his family for the past 19 years. I still to this day consider myself extremely lucky to have such wonderful neighbors surrounding me and my family. We consider the Caporusso's dear friends who if ever asked would be there in any time of need.

In my 19 years of knowing Frank, he has been a loving and devoted father and husband. He has always been respectful, giving and welcoming to not only my family but the families that surround him and the community. Frank has worked hard to support his family and give them a loving and welcoming home. His children are a true testament to his undoubtably role as a father and mentor to them. It was a shock to my wife and I to learn of his recent conviction and I truly believe that it was a single moment that he truly regrets and is extremely sorrowful for.

It is my sincere hope that you will take this letter into consideration at the time of sentencing. I do believe that Frank Caporusso has extreme remorse in what he has done and will never look to repeat his actions that have led him to this point in his life. I believe he is ready to accept responsibility and get back to his loving family and welcoming home.

Sincerely,

Peter Greco