# EXHIBIT U

June 16, 2021

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge McFadden,

My name is Danielle Greco. I am writing you because I am a friend and neighbor of Frank Caporusso. I have known him and his family for the past 19 years. My family and I feel fortunate to live in a neighborhood surrounded by kind and compassionate people. My family considers the Caporusso's good friends. Frank is a kind, thoughtful, and giving man. He is the type of person that if I ever called and said I needed something, Frank would not think twice to lend a hand.

Anyone who knows Frank Caporusso knows he is a family man. He cares deeply for his wife and children and their welfare. Frank is a hard-working individual that strives to support and provide his family with a home filled with love and support. He has always been kind, respectful, and generous to my family and the families surrounding him, and the community. It was a surprise to learn of his recent conviction, and I genuinely believe that it was a single moment of wrongdoing that he truly regrets.

It is my sincere hope that you will consider this letter at the time of sentencing. I believe that Frank Caporusso has absolute remorse for what he has done and will never repeat the actions that have led him to this point in his life. I believe he is ready to accept responsibility, embrace life and get back to his loving family.

Sincerely,

Danielle Greco