# EXHIBIT V

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 2001

Your Honor,

My name is Maik Jornitz, I am the next door neighbor of Frank Caporusso.

I know Frank and his family since 2005, when my family and me moved into our close-nit neighborhood we live in. As my wife and I immigrated from different countries, our neighbors are our friends and family, which surely includes Frank and his family.

As much as I do not understand Frank's action, moreover, find them appalling , I cannot judge what happened to him, as this is not how I know him. I have never experienced any aggression from him neither towards me or others, but rather be calm and collected, a mediator within our neighborhood. He is never shy to submit his help and support, which for me is extremely valuable as I travel frequently for business, and it is good to know to have Frank being there for my family when needed. For our family, this creates a safety net, when I am not available. I know I can count on him and his generous support.

Frank is a devoted family man and loves his wife and children dearly. He has brought up two wonderful kids, which he can be proud of, and other parents can take example from. For us it is wonderful to see a stabile family like this, as this is not necessarily the normal in our society.

He is also a God loving man and dedicated to church and society. For this reason, it is even more unfathomable for me to comprehend, why Frank did what he did. Once again, it truly is totally against his character and his letter to me showed that he is extremely remorseful and is very sorry for what he did. His letter also expressed that he finds strength in prayers and his believes and most of all asks for forgiveness.

Yours sincerely

Maik Jornitz