# EXHIBIT W

13 June 2021

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Judge McFadden,

I am writing to you on behalf of my good friend, Frank Caporusso. I am aware of the charges for which Mr. Caporusso has been convicted. While I don't have direct experience in law enforcement, my father was a homicide detective in Nassau County, N.Y. for twenty years. I also have two brothers who served in the NYPD, and my son is currently trying to become a New Jersey State Trooper. I have a deep respect for law enforcement, and I understand the seriousness of Mr. Caporusso's violation.

I have been best friends with Mr. Caporusso ever since I moved to Smithtown, N.Y. when I was in 7th grade. He was the person who befriended the "new kid" when others wouldn't. I consider him more than a friend - he's more like a brother to me. As long as I've known him, Mr. Caporusso has been incredibly thoughtful and kind in extraordinary ways. Early on in our relationship, he taught me the value of hard work when he got me my first job at 7-11 and taught me how to do it with honor and integrity. He introduced me to everyone he knew as if we were brothers. Throughout high school, he would consistently go out of his way for me and others, always giving his time and energy without seeking credit. I remember him organizing camping trips for me and our friends, and he would take care of everything; supplies, food, cooking, etc... He's been a great friend, always willing to give, whether providing counsel during hard times, or a simple car ride if I didn't have one. Big things, and little things. It didn't matter - he was always there when I needed him, and I believe that is something inherently good in him.

This behavior of "giving" continued on through college and beyond, as I've witnessed Mr. Caporusso marry his loving wife, Patty, and raise his two wonderful children. It seems rare these days for couples to stay married and hold a family together for such a long time. As a married man of 28 years, I know that this takes a lot of "giving" on both sides of the aisle. In Mr. Caporusso's case, I never doubted that he would succeed in both marriage and in raising his children.

In my 53 years, I've only met a handful of people whom I call "extraordinary people", and Mr. Caporusso is one of them. I must admit, when he was first incarcerated, I was concerned that this experience might affect him in every negative way imaginable. But, to his credit, Mr. Caporusso has used this as a learning experience, never giving up hope for the future, and has remained steadfast in his devotion to his family. We recently shared thoughts on a book called "The Obstacle is the Way". (Its main theme is turning obstacles into opportunities). I believe that it takes an "extraordinary person" to find a positive outlook in something so life-altering as being incarcerated. Am I surprised by Mr. Caporusso's outlook? Not at all. That's the kind of person he is.

We speak every couple of days, and Mr. Caporusso is laser-focused on rebuilding his life. His family is his top priority, and that includes getting back to work and providing for them. I believe he will never again put himself or his family in this situation. He has repeatedly spoken about his regret for what he did, and the promise to never do anything to jeopardize the blessed life he has built at home and at work.

What he did is completely out of character. I have never seen Mr. Caporusso harm anyone or threaten to harm anyone in all the years I have known him. In fact, I have seen him be the peacekeeper, bringing people together, and always speaking of the common good for all. Mr. Caporusso is the kind of person who brought the football team to church one Saturday night before a big game. He's the kind of person who took care of his brother, who is in constant need, his whole life. He's the kind of person who took care of his parents when they were ill, without asking for anything in return. This is an extraordinary person, and I truly believe he will spend the rest of his life doing extraordinary things, for his family, and for his fellow man.

If there is any further information I can provide, will be happy to do so on behalf of my friend, Mr. Caporusso.

Sincerely,

*Glenn Allen*

Glenn Allen