# EXHIBIT X

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge McFadden:

I have been a close friend of Frank Caporusso since we were classmates in fifth grade at Mt Pleasant Elementary School. In the course of our forty two year friendship, Frank is one of the most decent and kind people I've had the pleasure to know. Frank helped me get my first job sweeping the parking lot and putting together the Sunday papers at 7-11 in Hauppauge, New York. While we were both mediocre students and athletes at NYA JRHS and Smithtown West HS playing football together as teammates, our desire and heart was beyond reproach as we reminisced in past conversations. We have remained close friends since our school days and while I became a middle school and high school English teacher and football coach and moved to San Diego, California over 25 years ago, Frank was one of the first people I called when I left teaching to get his advice on. entering into the world of enterprise software sales. Frank and I have, over the years, shared leads and business contacts that have led to many productive partnerships. Frank and his wife, Patty, met in high school 36 years ago. In addition to being married for 31 years, Frank and Patty have two beautiful children, Nick and Jules, that rely on Frank as the primary source of income for the family. Frank has maintained many close friends since grade school that can attest to his kindness, generosity of spirit and responsibility and commitment to his family.

My Mom, Kathy Conley, is a retired Suffolk County Probation Officer who has also known and loves Frank since Frank and I were 10 years old. While we were all dismayed by the threatening words that Frank committed in the throes of an alcohol induced action, this behavior
is completely out of character for the person we all know and love. The Frank Caporusso that I know is a gentle, witty and warm family man. While it's not a cause or excuse for Frank's action, Frank was always the son that was judged by his parents to be the most reliable and at an early age, he was thrust into the role of being a caretaker for his brother, John, who has special needs and to this day relies completely on Frank's support. Never once have I heard Frank complain about John's challenges and the stress that this has placed on he and Patty. More importantly, Frank has never shirked his responsibility to John's care and well being in addition to his family. In my conversations and correspondence with Frank, he has shown contrition and an acute awareness of the impact that his words have had on all that he loves. He is highly remorseful for his out of character threats and becoming sober has helped him accept responsibility and realize that he is depended upon and loved by his friends and family. Frank has shared with me that he has learned that there are healthier ways of coping with life stressors than relying upon self-medication and getting caught up in political pablum that has no impact on his life or his family and loved ones. He is eager and motivated to make these changes upon release.

The memories, funny stories and positive impact that Frank has had on my life and people we know and love are too many to mention in a letter. Whether it was sweating together on the

gridiron, going to see Bruce Springsteen at the Meadowlands in 1985, sharing stories about family and work life as adults, I am confident that Frank will continue to be a productive member of society and will continue to fulfill his duty and obligations to his wife and family. Considering that Frank never received detention in middle or high school (a fact that I, unfortunately, cannot claim) and has had no prior criminal history, I am hoping that Frank gets the opportunity for redemption so his family will be able to get back to normalcy. I am happy to speak in further detail regarding my friendship with Frank.

Thank you for your consideration.

Respectfully,

*Sean Conley*
Sean Conley